Katherine F. Parks, Esq.
Nevada Bar No. 6227
Thorndal Armstrong, PC
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
Tel:  (775) 786-2882
kfp@thorndal.com
Attorney for Defendants
DOUGLAS COUNTY, JENIFER DAVIDSON,
MARK GARDNER and NATHAN TOLBERT

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DOE 319304, an individual, et. al.,<br><br>Plaintiffs,<br><br>vs.<br><br>LAURA RICH, Director of the NEVADA DEPARTMENT OF HEALTH AND HUMAN SERVICES, in her official capacity; MARLA McDADE WILLIAMS, Administrator of the NEVADA DIVISION OF CHILD AND FAMILY SERVICES, in her official capacity; CLARK COUNTY, NEVADA, a political subdivision of the State of Nevada; KEVIN SCHILLER, County Manager for CLARK COUNTY, NEVADA, in his official capacity; MICHAEL NAFT, in his official capacity; MARILYN KIRKPATRICK, in her official capacity; APRIL BECKER, in her official capacity; WILLIAM McCURDY II, in his official capacity; RICHARD SEGERBLOM, in his official capacity; JUSTIN JONES, in his official capacity, JAMES GIBSON, in his official capacity; DOUGLAS COUNTY, NEVADA, a political subdivision of the State of Nevada; JENNIFER DAVIDSON, County Manager for DOUGLAS COUNTY, NEVADA, in her official capacity; MARK GARDNER, in his official capacity; NATHAN TOLBERT, in his official capacity; BRUCE BURGESS, in his official capacity, as Superintendent of Caliente Youth Center; CANDITA STRONG, in her official capacity, as Superintendent of Nevada Youth Training Center; PATRICK MENDEZ, in his official capacity as Superintendent of Summit View Youth Center; Not Yet Fully Identified | Case No.        2:26-cv-01016-GMN-DJA<br><br>**DOUGLAS COUNTY'S ANSWER TO COMPLAINT FOR DAMAGES** |

OFFICER PRICE, an individual; Not Yet Fully Identified OFFICER TIBBITS, an individual; Not Yet Fully Identified OFFICER BERNSTEIN, an individual; Not Yet Fully Identified OFFICER NICHOLSON, an individual; Not Yet Fully Identified OFFICER HOSS, an individual; Not Yet Fully Identified OFFICER NELSON, an individual; Not Yet Fully Identified OFFICER TAYLOR, an individual; Not Yet Fully Identified; OFFICER BEAR, an individual; Not Yet Fully Identified OFFICER DONAHUE, an individual; Not Yet Fully Identified OFFICER MOORE, an individual; Not Yet Fully Identified OFFICER OSBORNE, an individual; Not Yet Fully Identified OFFICER SMITH, an individual; Not Yet Fully Identified OFFICER TERESA, an individual; Not Yet Fully Identified OFFICER JERRY, an individual; Not Yet Fully Identified OFFICER SAWYER, an individual; Not Yet Fully Identified OFFICER MICKEY, an individual; Not Yet Fully Identified OFFICER RILEY, an individual; Not Yet Fully Identified OFFICER SMITH, an individual; Not Yet Fully Identified OFFICER BOMBGONNER, an individual; Not Yet Fully Identified OFFICER JENKINS, an individual; Not Yet Fully Identified OFFICER MCGRORY, an individual; Not Yet Fully Identified OFFICER SCHUABB, an individual; Not Yet Fully Identified OFFICER SCHMITTY, an individual; Not Yet Fully Identified OFFICER LUCHASEE, an individual; Not Yet Fully Identified OFFICER GHOUL, an individual; Not Yet Fully Identified OFFICER MANZ, an individual; Not Yet Fully Identified OFFICER BENTLEY, an individual; Not Yet Fully Identified OFFICER BARNETT, an individual; Not Yet Fully Identified OFFICER BROOKS, an individual; Not Yet Fully Identified OFFICER RIPTOE, an individual; Not Yet Fully Identified OFFICER SINNER, an individual; Not Yet Fully Identified OFFICER HERRING, an individual; Not Yet Fully Identified OFFICER FRANCIS, an individual; Not Yet Fully Identified OFFICER ROBINSON, an individual; Not Yet Fully Identified OFFICER BRADLEY, an individual; Not Yet Fully Identified OFFICER YOUNG, an individual; Not Yet Fully Identified OFFICER BURTON, an individual; Not Yet Fully Identified OFFICER CLARK, an individual; Not Yet Fully Identified

OFFICER GOODSON, an individual; Not Yet Fully Identified OFFICER OLSON, an individual; Not Yet Fully Identified OFFICER LUCASSI, an individual; Not Yet Fully Identified OFFICER LAFLAIR, an individual; Not Yet Fully Identified OFFICER SCAMBINO, an individual; and DOES 1-500,

Defendants.

COMES NOW Defendant, DOUGLAS COUNTY, by and through its attorneys Thorndal Armstrong, PC, and in answer to Plaintiffs' Complaint for Damages, hereby admits, denies, and alleges as follows:

**FIRST DEFENSE**

**GENERAL ALLEGATIONS AS TO THE PARTIES**

1. Defendant denies the allegations contained in Paragraph 1 of Plaintiffs' Complaint.

2. Defendant denies the allegations contained in Paragraph 2 of Plaintiffs' Complaint.

3. Defendant denies the allegations contained in Paragraph 3 of Plaintiffs' Complaint.

4. In answer to Paragraph 4 of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant. In the event the allegations in Paragraph 4 were deemed to apply to this answering Defendant, Defendant denies same.

5. In answer to Paragraph 5 of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant. In the event the allegations in Paragraph 5 were deemed to apply to this answering Defendant, Defendant denies same.

6. Defendant denies the allegations contained in Paragraph 6 of Plaintiffs' Complaint.

7. Defendant denies the allegations contained in Paragraph 7 of Plaintiffs' Complaint.

8.      In answer to Paragraph 8 of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraph 8 were deemed to apply to this answering Defendant, Defendant denies same.

9.      In answer to Paragraph 9 of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraph 9 were deemed to apply to this answering Defendant, Defendant denies same.

10.      Defendant denies the allegations contained in Paragraph 10 of Plaintiffs' Complaint.

11.      Defendant denies the allegations contained in Paragraph 11 of Plaintiffs' Complaint.

**PARTIES**

12.      Defendant is without sufficient knowledge or information with which to form a belief as to the truth of the allegations contained in Paragraph 12 of Plaintiffs' Complaint and, upon such basis, denies said allegations.

13.      Paragraph 13 of Plaintiffs' Complaint calls for a legal conclusion, not facts, to which no response is required.  To the extent Paragraph 13 is deemed to contain factual allegations, this Defendant denies said allegations.

**A.      DEFENDANTS SUED IN THEIR OFFICIAL CAPACITIES**

14.      In answer to Paragraph 14 of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraph 14 were deemed to apply to this answering Defendant, Defendant denies same.

15.      In answer to Paragraph 15 of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraph 15 were deemed to apply to this answering Defendant, Defendant denies same.

**Superintendents Of Juvenile Detention Facilities**

16.      In answer to Paragraph 16 of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraph 16 were deemed to apply to this answering Defendant, Defendant denies same.

17.     In answer to Paragraph 17 of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraph 17 were deemed to apply to this answering Defendant, Defendant denies same.

18.     In answer to Paragraph 18 of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraph 18 were deemed to apply to this answering Defendant, Defendant denies same.

**B.     CLARK COUNTY, STATE OF NEVADA DEFENDANTS**

19.     In answer to Paragraph 19 of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraph 19 were deemed to apply to this answering Defendant, Defendant denies same.

20.     In answer to Paragraph 20 of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraph 20 were deemed to apply to this answering Defendant, Defendant denies same.

21.     In answer to Paragraph 21 of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraph 21 were deemed to apply to this answering Defendant, Defendant denies same.

**C.     DOUGLAS COUNTY, STATE OF NEVADA, DEFENDANTS**

22.     Defendant admits the allegations contained in the first sentence of Paragraph 22 of Plaintiffs' Complaint.  The second sentence in Paragraph 22 of Plaintiffs' Complaint calls for a legal conclusion, not facts, to which no response is required.  To the extent the second sentence of Paragraph 22 is deemed to contain factual allegations, this Defendant denies said allegations.

23.     In answer to Paragraph 23 of Plaintiffs' Complaint, Douglas County admits that Jenifer Davidson is the current County Manager for Douglas County, that her business address is 1594 Esmeralda Avenue, Minden, Nevada, and that Douglas County is, and was at all times referenced in the Complaint, a political subdivision of the State of Nevada, and denies the remaining allegations in Paragraph 23.

24.     In answer to Paragraph 24 of Plaintiffs' Complaint, Douglas County admits that Mark Gardner and Nathan Tolbert are current members of the Douglas County Board of County

Commissioners, that their address in said capacity is 1594 Esmeralda Avenue, Minden, Nevada, and that the Douglas County Board of County Commissioners is involved in policy and budgeting matters, including those related to CSYC at the present time, and denies the remaining allegations in Paragraph 24.

**D.      INDIVIDUAL STATE-ACTOR DEFENDANTS**

25.      Defendant denies the allegations contained in Paragraph 25 of Plaintiffs' Complaint.

26.      Defendant denies the allegations contained in Paragraph 26 of Plaintiffs' Complaint.

27.      Defendant denies the allegations contained in Paragraph 27 of Plaintiffs' Complaint.

28.      Defendant denies the allegations contained in Paragraph 28 of Plaintiffs' Complaint.

29.      Defendant denies the allegations contained in Paragraph 29 of Plaintiffs' Complaint.

30.      Paragraph 30 of Plaintiffs' Complaint calls for a legal conclusion, not facts, to which no response is required.  To the extent Paragraph 30 is deemed to contain factual allegations, this Defendant denies said allegations.

31.      Defendant denies the allegations contained in Paragraph 31 of Plaintiffs' Complaint.

32.      Defendant denies the allegations contained in Paragraph 32 of Plaintiffs' Complaint.

**JURISDICTION AND VENUE**

33.      Paragraph 33 of Plaintiffs' Complaint calls for a legal conclusion, not facts, to which no response is required.  To the extent Paragraph 33 is deemed to contain factual allegations, this Defendant denies said allegations.

- 6 -

34. Paragraph 34 of Plaintiffs' Complaint calls for a legal conclusion, not facts, to which no response is required. To the extent Paragraph 34 is deemed to contain factual allegations, this Defendant denies said allegations.

35. Paragraph 35 of Plaintiffs' Complaint calls for a legal conclusion, not facts, to which no response is required. To the extent Paragraph 35 is deemed to contain factual allegations, this Defendant denies said allegations.

36. Defendant denies the allegations contained in Paragraph 36 of Plaintiffs' Complaint.

37. Defendant denies the allegations contained in Paragraph 37 of Plaintiffs' Complaint.

**FACTUAL ALLEGATIONS APPLICABLE TO ALL CLAIMS BY PLAINTIFFS**

38. Defendant is without sufficient knowledge or information with which to form a belief as to the truth of the allegations contained in the first, second and third sentences of Paragraph 38 of Plaintiffs' Complaint and, upon such basis, denies said allegations. The remaining allegations contained in Paragraph 38 of Plaintiffs' Complaint call for a legal conclusion, not facts, to which no response is required. To the extent the remaining allegations contained in Paragraph 38 are deemed to contain factual allegations, this Defendant denies said allegations.

39. Defendant denies the allegations contained in Paragraph 39 of Plaintiffs' Complaint.

40. Defendant denies the allegations contained in Paragraph 40 of Plaintiffs' Complaint.

41. Defendant denies the allegations contained in Paragraph 41 of Plaintiffs' Complaint.

42. Defendant denies the allegations contained in Paragraph 42 of Plaintiffs' Complaint.

43. Defendant denies the allegations contained in Paragraph 43 of Plaintiffs' Complaint.

44. Defendant denies the allegations contained in Paragraphs 44(a)-(d) of Plaintiffs' Complaint.

45. Defendant denies the allegations contained in Paragraph 45 of Plaintiffs' Complaint.

46. Defendant denies the allegations contained in Paragraph 46 of Plaintiffs' Complaint.

47. Defendant denies the allegations contained in Paragraph 47 of Plaintiffs' Complaint.

48. Defendant denies the allegations contained in Paragraph 48 of Plaintiffs' Complaint.

49. Defendant denies the allegations contained in Paragraph 49 of Plaintiffs' Complaint.

50. Defendant denies the allegations contained in Paragraph 50 of Plaintiffs' Complaint.

**COMPLIANCE WITH GRIEVANCE PROCESS**

51. Defendant denies the allegations contained in Paragraph 51 of Plaintiffs' Complaint.

52. Defendant denies the allegations contained in Paragraph 52 of Plaintiffs' Complaint.

53. Defendant denies the allegations contained in Paragraph 53 of Plaintiffs' Complaint.

54. Defendant denies the allegations contained in Paragraph 54 of Plaintiffs' Complaint.

55. Defendant denies the allegations contained in Paragraph 55 of Plaintiffs' Complaint.

56. Defendant is without sufficient knowledge or information with which to form a belief as to the truth of the allegations contained in Paragraph 56 of Plaintiffs' Complaint and, upon such basis, denies said allegations.

57.     Defendant is without sufficient knowledge or information with which to form a belief as to the truth of the allegations contained in the first sentence of Paragraph 57 of Plaintiffs' Complaint and, upon such basis, denies said allegations.  The remaining allegations contained in Paragraph 57 of Plaintiffs' Complaint call for a legal conclusion, not facts, to which no response is required.  To the extent the remaining allegations contained in Paragraph 57 are deemed to contain factual allegations, this Defendant denies said allegations.

58.     Defendant denies the allegations contained in Paragraph 58 of Plaintiffs' Complaint.

59.     Defendant denies the allegations contained in Paragraph 59 of Plaintiffs' Complaint.

60.     Defendant denies the allegations contained in Paragraph 60 of Plaintiffs' Complaint.

61.     Defendant denies the allegations contained in Paragraph 61 of Plaintiffs' Complaint.

62.     Defendant denies the allegations contained in Paragraph 62 of Plaintiffs' Complaint.

63.     Defendant denies the allegations contained in Paragraph 63 of Plaintiffs' Complaint.

64.     Paragraph 64 of Plaintiffs' Complaint calls for a legal conclusion, not facts, to which no response is required.  To the extent Paragraph 64 is deemed to contain factual allegations, this Defendant denies said allegations.

65.     Paragraph 65 of Plaintiffs' Complaint calls for a legal conclusion, not facts, to which no response is required.  To the extent Paragraph 65 is deemed to contain factual allegations, this Defendant denies said allegations.

66.     Paragraph 66 of Plaintiffs' Complaint calls for a legal conclusion, not facts, to which no response is required.  To the extent Paragraph 66 is deemed to contain factual allegations, this Defendant denies said allegations.

**LIABILITY FOR ACTS OF OFFICERS**

67.     Defendant denies the allegations contained in Paragraph 67 of Plaintiffs' Complaint.

68.     Defendant denies the allegations contained in Paragraph 68 of Plaintiffs' Complaint.

**INDIVIDUAL PLAINTIFF ALLEGATIONS**

69.     In answer to Paragraph 69 of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraph 69 were deemed to apply to this answering Defendant, Defendant denies same.

A.     **John Doe 319304:**  In answer to Paragraphs 69A(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69A(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

B.     **Jane Doe 330406:**  In answer to Paragraphs 69B(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69B(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

C.     **John Doe 330404:**  In answer to Paragraphs 69C(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69C(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

D.     **John Doe 330790:**   In answer to Paragraphs 69D(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69D(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

E.     **John Doe 323080:**  In answer to Paragraphs 69E(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the

allegations in Paragraphs 69E(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

F.      **John Doe 319627:**   In answer to Paragraphs 69F(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69F(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

G.      **John Doe 329951:**   In answer to Paragraphs 69G(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69G(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

H.      **John Doe 324913:**   In answer to Paragraphs 69H(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69H(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

I.      **Jane Doe 330093:**   In answer to Paragraphs 69I(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69I(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

J.      **John Doe 330099:**   In answer to Paragraphs 69J(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69J(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

K.      **John Doe 330706:**   In answer to Paragraphs 69K(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69K(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

L.      **Jane Doe 330902:**   In answer to Paragraphs 69L(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the

allegations in Paragraphs 69L(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

M.     **John Doe 323978**:   In answer to Paragraphs 69M(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69M(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

N.     **John Doe 330768**:  In answer to Paragraphs 69N(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69N(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

O.     **John Doe 330025**:  In answer to Paragraphs 69O(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69O(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

P.     **Jane Doe 330772**:  In answer to Paragraphs 69P(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69P(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

Q.     **John Doe 330545**:   In answer to Paragraphs 69Q(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69Q(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

R.     **John Doe 327576**:  Defendant denies the allegations contained in Paragraphs 69R(i-v) of Plaintiffs' Complaint.

S.     **John Doe 325951**:  In answer to Paragraphs 69S(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69S(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

T.      **John Doe 330539**:  In answer to Paragraphs 69T(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69T(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

U.      **Jane Doe 330903**:  In answer to Paragraphs 69U(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69U(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

V.      **Jane Doe 330053**:  In answer to Paragraphs 69V(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69V(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

W.      **John Doe 329644**:  In answer to Paragraphs 69W(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69W(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

X.      **John Doe 330004**:  In answer to Paragraphs 69X(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69X(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

Y.      **Jane Doe 330783**:  In answer to Paragraphs 69Y(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69Y(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

Z.      **Jane Doe 330901**:  In answer to Paragraphs 69Z(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69Z(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

- 13 -

AA.  **John Doe 330336**:  In answer to Paragraphs 69AA(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69AA(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

AB.  **John Doe 329172:**  In answer to Paragraphs 69AB(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69AB(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

AC.  **John Doe 330896:**  In answer to Paragraphs 69AC(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69AC(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

AD.  **Jane Doe 330856:**  In answer to Paragraphs 69AD(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69AD(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

AE.  **John Doe 330149:**  In answer to Paragraphs 69AE(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69AE(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

AF.  **Jane Doe 330871:**  In answer to Paragraphs 69AF(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69AF(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

AG.  **John Doe 323846:**  In answer to Paragraphs 69AG(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69AG(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

AH.    **Jane Doe 330082:** In answer to Paragraphs 69AH(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant. In the event the allegations in Paragraphs 69AH(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

AI.    **John Doe 330409:** In answer to Paragraphs 69AI(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant. In the event the allegations in Paragraphs 69AI(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

AJ.    **John Doe 325618:** In answer to Paragraphs 69AJ(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant. In the event the allegations in Paragraphs 69AJ(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

AK.    **Jane Doe 330731:** In answer to Paragraphs 69AK(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant. In the event the allegations in Paragraphs 69AK(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

AL.    **John Doe 319309:** In answer to Paragraphs 69AL(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant. In the event the allegations in Paragraphs 69AL(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

AM.    **Jane Doe 319314:** In answer to Paragraphs 69AM(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant. In the event the allegations in Paragraphs 69AM(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

AN.    **Jane Doe 319313:** In answer to Paragraphs 69AN(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant. In the event the allegations in Paragraphs 69AN(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

AO. **John Doe 319311:** In answer to Paragraphs 69AO(i-iii and v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant. In the event the allegations in Paragraphs 69AO(i-iii and v) were deemed to apply to this answering Defendant, Defendant denies same.

AP. **Jane Doe 319350:** In answer to Paragraphs 69AP(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant. In the event the allegations in Paragraphs 69AP(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

AQ. **Jane Doe 319609:** In answer to Paragraphs 69AQ(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant. In the event the allegations in Paragraphs 69AQ(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

AR. **Jane Doe 321557:** In answer to Paragraphs 69AR(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant. In the event the allegations in Paragraphs 69AR(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

AS. **John Doe 321973:** In answer to Paragraphs 69AS(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant. In the event the allegations in Paragraphs 69AS(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

AT. **John Doe 323012:** In answer to Paragraphs 69AT(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant. In the event the allegations in Paragraphs 69AT(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

AU. **Jane Doe 323096:** In answer to Paragraphs 69AU(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant. In the event the allegations in Paragraphs 69AU(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

AV.    **John Doe 324051:**  Defendant denies the allegations contained in Paragraphs 69AV(i-v) of Plaintiffs' Complaint.

AW.    **John Doe 324578:**  In answer to Paragraphs 69AW(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69AW(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

AX.    **John Doe 324829:**  In answer to Paragraphs 69AX(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69AX(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

AY.    **John Doe 324953:**  In answer to Paragraphs 69AY(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69AY(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

AZ.    **John Doe 325673:**  In answer to Paragraphs 69AZ(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69AZ(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

BA.    **John Doe 326482:**  In answer to Paragraphs 69BA(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69BA(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

BB.    **John Doe 326531:**  In answer to Paragraphs 69BB(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69BB(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

BC.    **John Doe 327053:**  In answer to Paragraphs 69BC(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the

allegations in Paragraphs 69BC(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

BD.    **John Doe 327328:** In answer to Paragraphs 69BD(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69BD(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

BE.    **John Doe 327700:** In answer to Paragraphs 69BE(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69BE(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

BF.    **John Doe 328315:** In answer to Paragraphs 69BF(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69BF(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

BG.    **John Doe 328319:** In answer to Paragraphs 69BG(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69BG(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

BH.    **John Doe 328380:** In answer to Paragraphs 69BH(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69BH(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

BI.    **John Doe 328383:** In answer to Paragraphs 69BI(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69BI(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

BJ.    **John Doe 328527:** In answer to Paragraphs 69BJ(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the

allegations in Paragraphs 69BJ(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

BK.    **John Doe 328950:** In answer to Paragraphs 69BK(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69BK(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

BL.    **John Doe 328960:** In answer to Paragraphs 69BL(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69BL(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

BM.    **John Doe 329209:** In answer to Paragraphs 69BM(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69BM(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

BN.    **John Doe 329522:** In answer to Paragraphs 69BN(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69BN(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

BO.    **John Doe 329904:** In answer to Paragraphs 69BO(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69BO(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

BP.    **John Doe 329942:** In answer to Paragraphs 69BP(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69BP(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

BQ.    **John Doe 329953:** In answer to Paragraphs 69BQ(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the

allegations in Paragraphs 69BQ(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

BR.    **Jane Doe 329959:**  In answer to Paragraphs 69BR(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69BR(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

BS.    **Jane Doe 330009:**  In answer to Paragraphs 69BS(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69BS(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

BT.    **Jane Doe 330039:**  In answer to Paragraphs 69BT(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69BT(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

BU.    **Jane Doe 330091:**  In answer to Paragraphs 69BU(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69BU(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

BV.    **Jane Doe 330162:**  In answer to Paragraphs 69BV(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69BV(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

BW.    **John Doe 330165:**  In answer to Paragraphs 69BW(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69BW(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

BX.    **John Doe 330169:**  In answer to Paragraphs 69BX(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the

allegations in Paragraphs 69BX(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

BY.    **John Doe 330186:** In answer to Paragraphs 69BY(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69BY(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

BZ.    **John Doe 330278:** Defendant denies the allegations contained in Paragraphs 69BZ(i-v) of Plaintiffs' Complaint.

CA.    **Jane Doe 330288:** In answer to Paragraphs 69CA(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69CA(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

CB.    **John Doe 330291:** In answer to Paragraphs 69CB(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69CB(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

CC.    **John Doe 330315:** In answer to Paragraphs 69CC(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69CC(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

CD.    **John Doe 330319:** In answer to Paragraphs 69CD(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69CD(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

CE.    **John Doe 330325:** In answer to Paragraphs 69CE(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69CE(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

- 21 -

CF.    **John Doe 330330:** In answer to Paragraphs 69CF(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69CF(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

CG.    **Jane Doe 330362:** In answer to Paragraphs 69CG(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69CG(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

CH.    **John Doe 330369:** In answer to Paragraphs 69CH(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69CH(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

CI.    **John Doe 330380:** In answer to Paragraphs 69CI(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69CI(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

CJ.    **Jane Doe 330442:** In answer to Paragraphs 69CJ(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69CJ(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

CK.    **Jane Doe 330500:** In answer to Paragraphs 69CK(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69CK(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

CL.    **John Doe 330504:** In answer to Paragraphs 69CL(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69CL(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

CM.    **John Doe 330547:** In answer to Paragraphs 69CM(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69CM(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

CN.    **Jane Doe 330625:** In answer to Paragraphs 69CN(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69CN(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

CO.    **Jane Doe 330621:** In answer to Paragraphs 69CO(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69CO(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

CP.    **John Doe 330669:** In answer to Paragraphs 69CP(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69CP(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

CQ.    **John Doe 330676:** In answer to Paragraphs 69CQ(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69CQ(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

CR.    **Jane Doe 330685:** In answer to Paragraphs 69CR(i-v) of Plaintiffs' Complaint, the allegations contained therein do not apply to this Defendant.  In the event the allegations in Paragraphs 69CR(i-v) were deemed to apply to this answering Defendant, Defendant denies same.

70.    Defendant denies the allegations contained in Paragraph 70 of Plaintiffs' Complaint.

71.    Defendant denies the allegations contained in Paragraph 71 of Plaintiffs' Complaint.

- 23 -

72.    Defendant denies the allegations contained in Paragraph 72 of Plaintiffs' Complaint.

73.    Defendant denies the allegations contained in Paragraph 73 of Plaintiffs' Complaint.

74.    Defendant denies the allegations contained in Paragraph 74 of Plaintiffs' Complaint.

75.    Defendant denies the allegations contained in Paragraph 75 of Plaintiffs' Complaint.

**FIRST CAUSE OF ACTION**

**Right to Be Secure in Persons / Unreasonable Seizure – Violation of Fourth Amendment**

**(42 U.S.C. § 1983)**

**(*Against ALL DEFENDANTS and DOES 1-500*)**

76.    In answer to Paragraph 76 of Plaintiffs' Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 75 as though fully set forth herein at length.

77.    Defendant is without sufficient knowledge or information with which to form a belief as to the truth of the allegations contained in Paragraph 77 of Plaintiffs' Complaint and, upon such basis, denies said allegations.

78.    Defendant denies the allegations contained in Paragraph 78 of Plaintiffs' Complaint.

79.    Defendant denies the allegations contained in Paragraph 79 of Plaintiffs' Complaint.

80.    Defendant denies the allegations contained in Paragraph 80 of Plaintiffs' Complaint.

81.    Defendant denies the allegations contained in Paragraph 81 of Plaintiffs' Complaint.

82.    Defendant denies the allegations contained in Paragraph 82 of Plaintiffs' Complaint.

83.    Defendant denies the allegations contained in Paragraph 83 of Plaintiffs' Complaint.

84.    Defendant denies the allegations contained in Paragraph 84 of Plaintiffs' Complaint.

85.    Defendant denies the allegations contained in Paragraph 85 of Plaintiffs' Complaint.

## SECOND CAUSE OF ACTION

### 42 U.S.C. § 1983 Claim for Supervisory Liability/ Failure to Protect

#### *(Against Supervisory Individual Defendants in their Individual Capacities)*

86.    In answer to Paragraph 86 of Plaintiffs' Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 85 as though fully set forth herein at length.

87.    Paragraph 87 of Plaintiffs' Complaint calls for a legal conclusion, not facts, to which no response is required.  To the extent Paragraph 87 is deemed to contain factual allegations, this Defendant denies said allegations.

88.    Defendant denies the allegations contained in Paragraph 88 of Plaintiffs' Complaint.

89.    Defendant denies the allegations contained in Paragraph 89 of Plaintiffs' Complaint.

90.    Defendant denies the allegations contained in Paragraph 90 of Plaintiffs' Complaint.

91.    Defendant denies the allegations contained in Paragraph 91 of Plaintiffs' Complaint.

92.    Defendant denies the allegations contained in Paragraph 92 of Plaintiffs' Complaint.

93.    Defendant denies the allegations contained in Paragraph 93 of Plaintiffs' Complaint.

94.     Defendant denies the allegations contained in Paragraph 94 of Plaintiffs' Complaint.

95.     Defendant denies the allegations contained in Paragraph 95 of Plaintiffs' Complaint.

**THIRD CAUSE OF ACTION**

**42 U.S.C. §1983 (Municipal Liability-Ratification – *Monell v. Department of Social Services of the City of New York*, 436 U.S. 658 (1978))**

*(Against Defendants Sued in their Official Capacities and Municipal Defendants CLARK COUNTY and DOUGLAS COUNTY)*

96.     In answer to Paragraph 96 of Plaintiffs' Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 95 as though fully set forth herein at length.

97.     Paragraph 97 of Plaintiffs' Complaint calls for a legal conclusion, not facts, to which no response is required.  To the extent Paragraph 97 is deemed to contain factual allegations, this Defendant denies said allegations.

*A.      Official Policy or Custom*

98.     Defendant denies the allegations contained in Paragraph 98(a)-(i) of Plaintiffs' Complaint.

*B.      Failure to Train*

99.     Defendant denies the allegations contained in Paragraph 99 of Plaintiffs' Complaint.

100.    Defendant denies the allegations contained in Paragraph 100 of Plaintiffs' Complaint.

101.    Defendant denies the allegations contained in Paragraph 101 of Plaintiffs' Complaint.

*C.        Failure to Supervise and Discipline*

102.    Defendant denies the allegations contained in Paragraph 102 of Plaintiffs' Complaint.

103.    Defendant denies the allegations contained in Paragraph 103 of Plaintiffs' Complaint.

*D.        Ratification by Final Policymaker*

104.    Defendant denies the allegations contained in Paragraph 104 of Plaintiffs' Complaint.

105.    Defendant denies the allegations contained in Paragraph 105 of Plaintiffs' Complaint.

*E.        Causation*

106.    Defendant denies the allegations contained in Paragraph 106 of Plaintiffs' Complaint.

107.    Defendant denies the allegations contained in Paragraph 107 of Plaintiffs' Complaint.

108.    Defendant denies the allegations contained in Paragraph 108 of Plaintiffs' Complaint.

109.    Paragraph 109 of Plaintiffs' Complaint calls for a legal conclusion, not facts, to which no response is required.  To the extent Paragraph 109 is deemed to contain factual allegations, this Defendant denies said allegations.

110.    Defendant denies the allegations contained in Paragraph 110 of Plaintiffs' Complaint.

111.    Defendant denies the allegations contained in Paragraph 111 of Plaintiffs' Complaint.

112.    Defendant denies the allegations contained in Paragraph 112 of Plaintiffs' Complaint.

113.    Defendant denies the allegations contained in Paragraph 113 of Plaintiffs' Complaint.

**FOURTH CAUSE OF ACTION**

**42 U.S.C. §1983 (Municipal Liability – Inadequate Training –** *Monell v. Department of Social Services of the City of New York***, 436 U.S. 658 (1978))**

*(Against Defendants Sued in their Official Capacities and Municipal Defendants CLARK COUNTY and DOUGLAS COUNTY)*

114.    In answer to Paragraph 114 of Plaintiffs' Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 113 as though fully set forth herein at length.

115.    Paragraph 115 of Plaintiffs' Complaint calls for a legal conclusion, not facts, to which no response is required.  To the extent Paragraph 115 is deemed to contain factual allegations, this Defendant denies said allegations.

116.    Defendant denies the allegations contained in Paragraph 116 of Plaintiffs' Complaint.

117.    Defendant denies the allegations contained in Paragraph 117 of Plaintiffs' Complaint.

118.    Defendant denies the allegations contained in Paragraph 118 of Plaintiffs' Complaint.

119.    Defendant denies the allegations contained in Paragraph 119 of Plaintiffs' Complaint.

120.    Defendant denies the allegations contained in Paragraph 120 of Plaintiffs' Complaint.

121.    Defendant denies the allegations contained in Paragraph 121 of Plaintiffs' Complaint.

122.    Defendant denies the allegations contained in Paragraph 122 of Plaintiffs' Complaint.

123.    Defendant denies the allegations contained in Paragraph 123 of Plaintiffs' Complaint.

124. Defendant denies the allegations contained in Paragraph 124 of Plaintiffs' Complaint.

### FIFTH CAUSE OF ACTION

**42 U.S.C. §1983 (Unconstitutional Custom, Practice, or Policy – *Monell v. Department of Social Services of the City of New York*, 436 U.S. 658 (1978))**

*(Against Defendants CLARK COUNTY, DOUGLAS COUNTY, and Defendants named in Official Capacities)*

125. In answer to Paragraph 125 of Plaintiffs' Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 124 as though fully set forth herein at length.

126. Defendant denies the allegations contained in Paragraph 126 of Plaintiffs' Complaint.

127. Defendant denies the allegations contained in Paragraph 127 of Plaintiffs' Complaint.

128. Defendant denies the allegations contained in Paragraph 128 of Plaintiffs' Complaint.

129. Defendant denies the allegations contained in Paragraph 129(a.-h.) of Plaintiffs' Complaint.

130. Defendant denies the allegations contained in Paragraph 130 of Plaintiffs' Complaint.

131. Defendant denies the allegations contained in Paragraph 131 of Plaintiffs' Complaint.

132. Defendant denies the allegations contained in Paragraph 132 of Plaintiffs' Complaint.

133. Defendant denies the allegations contained in Paragraph 133 of Plaintiffs' Complaint.

134. Defendant denies the allegations contained in Paragraph 134 of Plaintiffs' Complaint.

135. Defendant denies the allegations contained in Paragraph 135 of Plaintiffs' Complaint.

136. Defendant denies the allegations contained in Paragraph 136 of Plaintiffs' Complaint.

137. Defendant denies the allegations contained in Paragraph 137 of Plaintiffs' Complaint.

**SIXTH CAUSE OF ACTION**

**42 U.S.C. § 1983 – Substantive Due Process (Fourteenth Amendment)**

*(Against All Defendants)*

138. In answer to Paragraph 138 of Plaintiffs' Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 137 as though fully set forth herein at length.

139. Paragraph 139 of Plaintiffs' Complaint calls for a legal conclusion, not facts, to which no response is required. To the extent Paragraph 139 is deemed to contain factual allegations, this Defendant denies said allegations.

140. Defendant denies the allegations contained in Paragraph 140 of Plaintiffs' Complaint.

141. Defendant denies the allegations contained in Paragraph 141 of Plaintiffs' Complaint.

142. Defendant denies the allegations contained in Paragraph 142 of Plaintiffs' Complaint.

143. Defendant denies the allegations contained in Paragraph 143 of Plaintiffs' Complaint.

144. Defendant denies the allegations contained in Paragraph 144 of Plaintiffs' Complaint.

145. Defendant denies the allegations contained in Paragraph 145 of Plaintiffs' Complaint.

146. Defendant denies the allegations contained in Paragraph 146 of Plaintiffs' Complaint.

147. Defendant denies the allegations contained in Paragraph 147 of Plaintiffs' Complaint.

## SEVENTH CAUSE OF ACTION

### 42 U.S.C. § 1983 – Equal Protection (Fourteenth Amendment)

*(Against DEFENDANT OFFICERS and DOE DEFENDANTS, DOES 1-500 Their Individual Capacities)*

148. In answer to Paragraph 148 of Plaintiffs' Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 147 as though fully set forth herein at length.

149. Paragraph 149 of Plaintiffs' Complaint calls for a legal conclusion, not facts, to which no response is required. To the extent Paragraph 149 is deemed to contain factual allegations, this Defendant denies said allegations.

150. Defendant denies the allegations contained in Paragraph 150 of Plaintiffs' Complaint.

151. Defendant denies the allegations contained in Paragraph 151 of Plaintiffs' Complaint.

## EIGHTH CAUSE OF ACTION

### 42 U.S.C. § 1983 – Eighth Amendment (Cruel and Unusual Punishment)

*(Against DEFENDANT OFFICERS and DOE DEFENDANTS, DOES 1-500 in Their Individual Capacities)*

152. In answer to Paragraph 152 of Plaintiffs' Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 151 as though fully set forth herein at length.

153. Paragraph 153 of Plaintiffs' Complaint calls for a legal conclusion, not facts, to which no response is required. To the extent Paragraph 153 is deemed to contain factual allegations, this Defendant denies said allegations.

- 31 -

154. Defendant denies the allegations contained in Paragraph 154 of Plaintiffs' Complaint.

155. Defendant denies the allegations contained in Paragraph 155 of Plaintiffs' Complaint.

### NINTH CAUSE OF ACTION

**FAILURE TO PROVIDE MEDICAL CARE / DENIAL OF MEDICAL CARE – Violation of Fourth Amendment (42 U.S.C. § 1983)**

*(Against All DEFENDANTS and DOES 1-500)*

156. In answer to Paragraph 156 of Plaintiffs' Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 155 as though fully set forth herein at length.

157. Defendant denies the allegations contained in Paragraph 157 of Plaintiffs' Complaint.

158. Defendant denies the allegations contained in Paragraph 158 of Plaintiffs' Complaint.

159. Defendant denies the allegations contained in Paragraph 159 of Plaintiffs' Complaint.

160. Defendant denies the allegations contained in Paragraph 160 of Plaintiffs' Complaint.

161. Defendant denies the allegations contained in Paragraph 161 of Plaintiffs' Complaint.

162. Defendant denies the allegations contained in Paragraph 162 of Plaintiffs' Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

## TENTH CAUSE OF ACTION

## <u>SEXUAL ASSAULT / NRS § 11.215</u>

### *(Against All DEFENDANTS and DOES 1-500)*

163.    In answer to Paragraph 163 of Plaintiffs' Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 162 as though fully set forth herein at length.

164.    Defendant denies the allegations contained in Paragraph 164 of Plaintiffs' Complaint.

165.    Defendant denies the allegations contained in Paragraph 165 of Plaintiffs' Complaint.

166.    Defendant denies the allegations contained in Paragraph 166 of Plaintiffs' Complaint.

167.    Defendant is without sufficient knowledge or information with which to form a belief as to the truth of the allegations contained in the first sentence of Paragraph 167 of Plaintiffs' Complaint and, upon such basis, denies said allegations.  Defendant denies the remaining allegations contained in Paragraph 167.

168.    Defendant denies the allegations contained in Paragraph 168 of Plaintiffs' Complaint.

169.    Defendant denies the allegations contained in Paragraph 169 of Plaintiffs' Complaint.

170.    Defendant denies the allegations contained in Paragraph 170 of Plaintiffs' Complaint.

171.    Defendant denies the allegations contained in Paragraph 171 of Plaintiffs' Complaint.

/ / /

/ / /

/ / /

/ / /

- 33 -

**ELEVENTH CAUSE OF ACTION**

**SEXUAL BATTERY / NRS § 11.215**

*(Against All DEFENDANTS and DOES 1-500)*

172.    In answer to Paragraph 172 of Plaintiffs' Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 171 as though fully set forth herein at length.

173.    Defendant denies the allegations in Paragraph 173 of Plaintiffs' Complaint.

174.    Defendant denies the allegations contained in Paragraph 174 of Plaintiffs' Complaint.

175.    Paragraph 175 of Plaintiffs' Complaint calls for a legal conclusion, not facts, to which no response is required.  To the extent Paragraph 175 is deemed to contain factual allegations, this Defendant denies said allegations.

176.    Defendant denies the allegations contained in Paragraph 176 of Plaintiffs' Complaint.

177.    Defendant denies the allegations contained in Paragraph 177 of Plaintiffs' Complaint.

178.    Defendant denies the allegations contained in Paragraph 178 of Plaintiffs' Complaint.

179.    Defendant denies the allegations contained in Paragraph 179 of Plaintiffs' Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## TWELFTH CAUSE OF ACTION

### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

### ARISING FROM CLAIMS FILED PURSUANT TO NRS § 11.215

*(Against All DEFENDANTS and DOES 1-500)*

180.    In answer to Paragraph 180 of Plaintiffs' Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 179 as though fully set forth herein at length.

181.    Defendant denies the allegations contained in Paragraph 181 of Plaintiffs' Complaint.

181(sic)  Defendant denies the allegations contained in the second Paragraph 181 of Plaintiffs' Complaint.

182.    Defendant denies the allegations contained in Paragraph 182 of Plaintiffs' Complaint.

183.    Defendant denies the allegations contained in Paragraph 183 of Plaintiffs' Complaint.

184.    Defendant denies the allegations contained in Paragraph 184 of Plaintiffs' Complaint.

185.    Defendant denies the allegations contained in Paragraph 185 of Plaintiffs' Complaint.

186.    Defendant denies the allegations contained in Paragraph 186 of Plaintiffs' Complaint.

187.    Defendant denies the allegations contained in Paragraph 187 of Plaintiffs' Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

**THIRTEENTH CAUSE OF ACTION**

**NEGLIGENCE ARISING FROM CLAIMS FILED PURSUANT TO NRS § 11.215**

***(Against All DEFENDANTS and DOES 1-500)***

188.    In answer to Paragraph 188 of Plaintiffs' Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 187 as though fully set forth herein at length.

189.    Paragraph 189 of Plaintiffs' Complaint calls for a legal conclusion, not facts, to which no response is required.  To the extent Paragraph 189 is deemed to contain factual allegations, this Defendant denies said allegations.

190.    Defendant denies the allegations contained in Paragraph 190 of Plaintiffs' Complaint.

191.    Defendant denies the allegations contained in Paragraph 191 of Plaintiffs' Complaint.

192.    Defendant denies the allegations contained in Paragraph 192 of Plaintiffs' Complaint.

193.    Defendant denies the allegations contained in Paragraph 193 of Plaintiffs' Complaint.

194.    Defendant denies the allegations contained in Paragraph 194 of Plaintiffs' Complaint.

**FOURTEENTH CAUSE OF ACTION**

**NEGLIGENT HIRING AND SUPERVISION ARISING FROM CLAIMS FILED**

**PURSUANT TO NRS § 11.215**

**(Against All DEFENDANTS and DOES 1-500)**

195.    In answer to Paragraph 195 of Plaintiffs' Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 194 as though fully set forth herein at length.

196.    Defendant denies the allegations contained in Paragraph 196 of Plaintiffs' Complaint.

197. Defendant denies the allegations contained in Paragraph 197 of Plaintiffs' Complaint.

198. Defendant denies the allegations contained in Paragraph 198 of Plaintiffs' Complaint.

199. Defendant denies the allegations contained in Paragraph 199 of Plaintiffs' Complaint.

200. Defendant denies the allegations contained in Paragraph 200 of Plaintiffs' Complaint.

201. Defendant denies the allegations contained in Paragraph 201 of Plaintiffs' Complaint.

202. Defendant denies the allegations contained in Paragraph 202 of Plaintiffs' Complaint.

### FIFTEENTH CAUSE OF ACTION

### NEGLIGENT TRAINING ARISING FROM CLAIMS FILED

### PURSUANT TO NRS § 11.215

### (Against All DEFENDANTS and DOES 1-500)

203. In answer to Paragraph 203 of Plaintiffs' Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 202 as though fully set forth herein at length.

204. Paragraph 204 of Plaintiffs' Complaint calls for a legal conclusion, not facts, to which no response is required. To the extent Paragraph 204 is deemed to contain factual allegations, this Defendant denies said allegations.

205. Defendant denies the allegations contained in Paragraph 205 of Plaintiffs' Complaint.

206. Defendant denies the allegations contained in Paragraph 206 of Plaintiffs' Complaint.

207. Defendant denies the allegations contained in Paragraph 207 of Plaintiffs' Complaint.

208.   Defendant denies the allegations contained in Paragraph 208 of Plaintiffs' Complaint.

## SIXTEENTH CAUSE OF ACTION

### NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

### ARISING FROM CLAIMS FILED PURSUANT TO NRS § 11.215

### (Against All DEFENDANTS and DOES 1-500)

209.   In answer to Paragraph 209 of Plaintiffs' Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 208 as though fully set forth herein at length.

210.   Paragraph 210 of Plaintiffs' Complaint calls for a legal conclusion, not facts, to which no response is required.  To the extent Paragraph 210 is deemed to contain factual allegations, this Defendant denies said allegations.

211.   Defendant denies the allegations contained in Paragraph 211 of Plaintiffs' Complaint.

212.   Defendant denies the allegations contained in Paragraph 212 of Plaintiffs' Complaint.

213.   Defendant denies the allegations contained in Paragraph 213 of Plaintiffs' Complaint.

214.   Defendant denies the allegations contained in Paragraph 214 of Plaintiffs' Complaint.

215.   Defendant denies the allegations contained in Paragraph 215 of Plaintiffs' Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**SEVENTEENTH CAUSE OF ACTION**

**CONSTRUCTIVE FRAUD ARISING FROM CLAIMS FILED**

**PURSUANT TO NRS § 11.215**

*(Against All DEFENDANTS and DOES 1-500)*

216. In answer to Paragraph 216 of Plaintiffs' Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 215 as though fully set forth herein at length.

217. Defendant denies the allegations contained in Paragraph 217 of Plaintiffs' Complaint.

218. Defendant denies the allegations contained in Paragraph 218 of Plaintiffs' Complaint.

219. Defendant denies the allegations contained in Paragraph 219 of Plaintiffs' Complaint.

220. Defendant denies the allegations contained in Paragraph 220 of Plaintiffs' Complaint.

221. Defendant denies the allegations contained in Paragraph 221 of Plaintiffs' Complaint.

222. Defendant denies the allegations contained in Paragraph 222 of Plaintiffs' Complaint.

223. Defendant denies the allegations contained in Paragraph 223 of Plaintiffs' Complaint.

**EIGHTEENTH CAUSE OF ACTION**

**DECLARATORY RELIEF**

**(Against All Defendants)**

224. Paragraph 224 of Plaintiffs' Complaint calls for a legal conclusion, not facts, to which no response is required. To the extent Paragraph 224 is deemed to contain factual allegations, this Defendant denies said allegations.

- 39 -

225.    Defendant denies the allegations contained in Paragraph 225 of Plaintiffs' Complaint.

### SECOND DEFENSE

Plaintiffs' Complaint on file herein fails to state a claim against this Defendant upon which relief may be granted.

### THIRD DEFENSE

At all times and places alleged in Plaintiffs' Complaint, the negligence, misconduct, and fault of Plaintiffs exceed that of this Defendant, if any, and Plaintiffs are thereby barred from any recovery against this Defendant.

### FOURTH DEFENSE

The occurrence referred to in Plaintiffs' Complaint, and all damages, if any, arising therefrom, were caused by the acts or omissions of a third person or persons over whom this Defendant had no control.

### FIFTH DEFENSE

It has been necessary for Defendant to employ the services of an attorney to defend this action, and a reasonable sum should be allowed Defendant as and for attorney's fees, together with its costs expended in this action.

### SIXTH DEFENSE

Defendant alleges that Plaintiffs have failed to timely plead this matter and have thereby delayed the litigation and investigation of this claim to the prejudice of this Defendant and accordingly this action should be dismissed.

### SEVENTH DEFENSE

This Defendant alleges that Plaintiffs' causes of action as set forth in the Complaint are barred by the statute of limitations as contained in Chapter 11 of the Nevada Revised Statutes.

### EIGHTH DEFENSE

Upon information and belief, Plaintiffs have failed to mitigate their damages.

**NINTH DEFENSE**

The damages, if any, incurred by Plaintiffs are not attributable to any act, conduct, or omission on the part of this Defendant; Defendant denies that it was negligent in any manner or in any degree with respect to the matters set forth in Plaintiffs' Complaint.

**TENTH DEFENSE**

Plaintiffs are estopped from asserting any cause of action whatever against this Defendant.

**ELEVENTH DEFENSE**

Plaintiffs, by their acts and conduct, have waived and abandoned any and all claims as alleged herein against this Defendant.

**TWELFTH DEFENSE**

Defendant's alleged actions or omissions were taken with due care in the execution of the statutes and regulations, and, therefore, Defendant is statutorily immune from this action.

**THIRTEENTH DEFENSE**

Defendant's alleged actions or omissions occurred in the exercise or performance of discretionary functions and duties, and, therefore, Defendant is statutorily immune from this action.

**FOURTEENTH DEFENSE**

An award of punitive damages against Defendant would be violative of the Fifth Amendment of the United States Constitution in that there is no assurance against multiple, unrestrained punishment in the form of punitive damages.  Such an award of punitive damages would be violative of the double jeopardy provisions of the Nevada Constitution, Art. I, §8.

**FIFTEENTH DEFENSE**

An award of punitive damages against Defendant would be violative of the due process clause of the United States Constitution, the Fourteenth Amendment, §1, and violative of the due process clause of the Nevada Constitution, Art. I, §8.

## SIXTEENTH DEFENSE

An award of punitive damages against Defendant would constitute an undue burden upon interstate commerce and violate the interstate commerce clause of the United States Constitution, Art. I, §8.

## SEVENTEENTH DEFENSE

An award of punitive damages against Defendant would constitute an excessive fine violative of the Nevada Constitution, Art. I, §7.

## EIGHTEENTH DEFENSE

An award of punitive damages against Defendant should be barred since Plaintiffs cannot establish that Defendant had an "evil mind" and "conducted itself in an aggravated and outrageous manner."

## NINETEENTH DEFENSE

The burden of proof on punitive damages should be by clear and convincing evidence.

## TWENTIETH DEFENSE

Plaintiffs may have suffered from pre-existing injuries or conditions and are not entitled to compensation therefor.

## TWENTY-FIRST DEFENSE

Without acknowledging liability, Defendant affirmatively states that its liability is several and not joint and several pursuant to NRS 41.141.

## TWENTY-SECOND DEFENSE

The damages recoverable against this Defendant, if any, are limited by the provisions of NRS 41.035.

## TWENTY-THIRD DEFENSE

Plaintiffs' medical care and/or treatment is not and was not necessary or related to the incident that forms the basis of Plaintiffs' Complaint on file herein.

## TWENTY-FOURTH DEFENSE

Plaintiffs' medical charges are not and were not reasonable or customary.

- 42 -

**TWENTY-FIFTH DEFENSE**

Punitive damages are not recoverable against this answering Defendant under any of the Plaintiffs' causes of action by virtue of 42 U.S.C. §1988 and NRS 41.035.

**TWENTY-SIXTH DEFENSE**

Plaintiffs' claims against Douglas County must be dismissed because there existed no custom or policy in place in Douglas County which was the moving force behind any violation of the constitutional rights of the Plaintiffs.

**TWENTY-SEVENTH DEFENSE**

Plaintiffs' Ninth Cause of Action fails as a matter of law because Plaintiffs cannot demonstrate that they had serious medical needs and/or conditions of which the answering Defendant was aware during the time periods of their confinement as set forth in the Complaint.

**TWENTY-EIGHTH DEFENSE**

Plaintiffs' Ninth Cause of Action fails as a matter of law because Plaintiffs cannot demonstrate that Douglas County was deliberately indifferent to any of their serious medical needs.

**TWENTY-NINTH DEFENSE**

Liability under 42 U.S.C. §1983 cannot be imposed on Douglas County under a respondeat superior theory.

**THIRTIETH DEFENSE**

Plaintiffs' Seventh Cause of Action fails as a matter of law because Plaintiffs cannot demonstrate that anyone employed by Douglas County intentionally discriminated against them on account of their membership in a protected class.

**THIRTY-FIRST DEFENSE**

Plaintiffs' state law causes of action premised upon Douglas County's alleged failure to adequately hire, train or supervise any of its employees are barred by discretionary act immunity as set forth at NRS 41.032(2).

**THIRTY-SECOND DEFENSE**

Defendant hereby incorporates by reference those affirmative defenses enumerated in Rule 8 of the Federal Rules of Civil Procedure as if fully set forth herein.  In the event further investigation or discovery reveals the applicability of any such defenses, Defendant reserves the right to seek leave of Court to amend Defendant's Answer to specifically assert any such defenses.  Such defenses are herein incorporated by reference for this specific purpose of not waiving any such defenses.

WHEREFORE, Defendant prays:

1.  That Plaintiffs' Complaint be dismissed with prejudice and that they take nothing thereby;

2.  That Defendant be awarded a reasonable attorney's fees and costs of suit; and

3.  For such other and further relief as this Court deems just and proper.

DATED this 23rd day of June, 2026.

THORNDAL ARMSTRONG, PC


By:    */s/ Katherine Parks*
KATHERINE F. PARKS, ESQ.
Nevada Bar No. 6227
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
Attorney for Defendants
DOUGLAS COUNTY, JENIFER
DAVIDSON, MARK GARDNER and
NATHAN TOLBERT

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of Thorndal Armstrong, PC, and that on this date I caused the foregoing DOUGLAS COUNTY'S ANSWER TO COMPLAINT FOR DAMAGES to be served on all parties to this action by:

_____ placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

  X   United States District Court CM/ECF system

_____ personal delivery/Reno Carson Messenger Service

_____ electronic means (facsimile or electronic mail)

_____ Federal Express/UPS or other overnight delivery

fully addressed as follows:

> Timothy R. O'Reilly, Esq.
> Dicello Levitt, LLP
> 325 South Maryland Pkwy
> Las Vegas, Nevada 89101
> *Attorney for Plaintiffs*

DATED this 23rd day of June, 2026.

                                        /s/ Laura Bautista
                                An employee of Thorndal Armstrong, PC

- 45 -