THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 6270
STEPHANIE M. ZINNA, ESQ.
Nevada Bar No. 11488
ASHLEY OLSON, ESQ.
Nevada Bar No. 15448
OLSON CANNON & GORMLEY
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: 702-384-4012
Facsimile: 702-383-0701
Email: tdillard@ocgattorneys.com
szinna@ocgattorneys.com
aolson@ocgattorneys.com
Attorneys for Defendants
*Clark County, Kevin Schiller, Michael Naft, Marilyn Kirkpatrick, April Becker, William McCurdy II, Richard Segerblom, Justin Jones And James Gibson*

*Law Offices of*
OLSON CANNON & GORMLEY
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN DOE 319304, an individual, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>LAURA RICH, Director of the NEVADA DEPARTMENT OF HEALTH AND HUMAN SERVICES, in her official capacity; MARLA McDADE WILLIAMS, Administrator of the NEVADA DIVISION OF CHILD AND FAMILY SERVICES, in her official capacity; CLARK COUNTY, NEVADA, a political subdivision of the State of Nevada; KEVIN SCHILLER, County Manager for CLARK COUNTY, NEVADA, in his official capacity; MICHAEL NAFT, in his official capacity; MARILYN KIRKPATRICK, in her official capacity; APRIL BECKER, in her official capacity; WILLIAM McCURDY II, in his official capacity; RICHARD SEGERBLOM, in his official capacity; JUSTIN JONES, in his official capacity, JAMES GIBSON, in his official capacity; DOUGLAS COUNTY, NEVADA, a political subdivision of the State of Nevada; JENNIFER DAVIDSON, County Manager for DOUGLAS COUNTY, NEVADA, in her official capacity; MARK | CASE NO. 2:26-cv-01016-GMN-DJA<br><br>**STIPULATION AND ORDER FOR EXTENDED BRIEFING ON CLARK COUNTY DEFENDANTS' MOTION TO DISMISS**<br>**(First Request)** |

Law Offices of
OLSON CANNON & GORMLEY
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701

GARDNER, an in his official capacity; NATHAN TOLBERT, in his official capacity; BRUCE BURGESS, in his official capacity as Superintendent of Caliente Youth Center; CANDITA STRONG, in her official capacity, as Superintendent of Caliente Youth Center; PATRICK MENDEZ, in his official capacity as Superintendent of Summit View Youth Center; Not Yet Fully Identified OFFICER PRICE, an individual; Not Yet Fully Identified OFFICER TIBBITS, an individual; Not Yet Fully Identified OFFICER BERNSTEIN, an individual; Not Yet Fully Identified OFFICER NICHOLSON, an individual; Not Yet Fully Identified OFFICER HOSS, an individual; Not Yet Fully Identified OFFICER NELSON, an individual; Not Yet Fully Identified OFFICER TAYLOR, an individual; Not Yet Fully Identified; OFFICER BEAR, an individual; Not Yet Fully Identified OFFICER DONAHUE, an individual; Not Yet Fully Identified OFFICER MOORE, an individual; Not Yet Fully Identified OFFICER OSBORNE, an individual; Not Yet Fully Identified OFFICER SMITH, an individual; Not Yet Fully Identified OFFICER TERESA, an individual; Not Yet Fully Identified OFFICER JERRY, an individual; Not Yet Fully Identified OFFICER SAWYER, an individual; Not Yet Fully Identified OFFICER MICKEY, an individual; Not Yet Fully Identified OFFICER RILEY, an individual; Not Yet Fully Identified OFFICER SMITH, an individual; Not Yet Fully Identified OFFICER BOMBGONNER, an individual; Not Yet Fully Identified OFFICER JENKINS, an individual; Not Yet Fully Identified OFFICER MCGRORY, an individual; Not Yet Fully Identified OFFICER SCHUABB, an individual; Not Yet Fully Identified OFFICER SCHMITTY, an individual; Not Yet Fully Identified OFFICER LUCHASEE, an individual; Not Yet Fully Identified OFFICER GHOUL, an individual; Not Yet Fully Identified OFFICER MANZ, an individual; Not Yet Fully Identified OFFICER BENTLEY, an individual; Not Yet Fully Identified OFFICER BARNETT, an individual; Not Yet Fully Identified OFFICER BROOKS, an individual; Not Yet

Law Offices of
OLSON CANNON & GORMLEY
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701

Fully Identified OFFICER RIPTOE, an individual; Not Yet Fully Identified OFFICER SINNER, an individual; Not Yet Fully Identified OFFICER HERRING, an individual; Not Yet Fully Identified OFFICER FRANCIS, an individual; Not Yet Fully Identified OFFICER ROBINSON, an individual; Not Yet Fully Identified OFFICER BRADLEY, an individual; Not Yet Fully Identified OFFICER YOUNG, an individual; Not Yet Fully Identified OFFICER BURTON, an individual; Not Yet Fully Identified OFFICER CLARK, an individual; Not Yet Fully Identified OFFICER GOODSON, an individual; Not Yet Fully Identified OFFICER OLSON, an individual; Not Yet Fully Identified OFFICER LUCASSI, an individual; Not Yet Fully Identified OFFICER LAFLAIR, an individual; Not Yet Fully Identified OFFICER SCAMBINO, an individual; and DOES 1-500,

Defendants.

**<u>STIPULATION AND ORDER FOR EXTENDED BRIEFING ON CLARK COUNTY DEFENDANTS' MOTION TO DISMISS</u>**

**(First Request)**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs JOHN DOE 319304 et al. ("**Plaintiffs**") by and through their undersigned counsel and Defendants CLARK COUNTY, KEVIN SCHILLER, MICHAEL NAFT, MARILYN KIRKPATRICK, APRIL BECKER, WILLIAM MCCURDY II, RICHARD SEGERBLOM, JUSTIN JONES and JAMES GIBSON ("**Clark County Defendants**") by and through their undersigned counsel of record, hereby stipulate and respectfully request the extended briefing schedule to Clark County Defendants' Motion to Dismiss as outlined herein.

In support of this Stipulation and Request, the parties state as follows:

//

Law Offices of
OLSON CANNON & GORMLEY
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701

## I. Relevant Procedural History of this Case:

**1.** On April 1, 2026, Plaintiffs filed their Complaint (ECF No. 1).

**2.** On July 17, 2026, Clark County Defendants filed their Motion to Dismiss (ECF No. 50).

**3.** On July 28, 2026, Plaintiffs' filed their Opposition to Clark County Defendants' Motion to Dismiss (ECF No. 52).

## II. Facts and Circumstances Compelling the Need for an Extended Briefing Schedule:

Counsel for the Clark County Defendants has three deadlines for briefs pertinent to dispositive motions in two separate federal court matters due within the next week and multiple depositions in another wrongful death federal case. Further, counsel has an oral argument before the United States Court of Appeals for the Ninth Circuit on August 14, 2026 in Reno, Nevada. Presently, Clark County Defendants' Reply in support of their Motion to Dismiss is currently due August 4, 2026.

## III. Parties' Proposed Extended Briefing Schedule for Clark County Defendants' Motion to Dismiss:

Given the aforementioned reasons, the Parties have agreed to a fourteen (14) day extension on Clark County Defendants' Reply in support of their Motion to Dismiss, making the deadline August 18, 2026.

The Parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the requested extended briefing schedule.

///

///

Law Offices of
OLSON CANNON & GORMLEY
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701

BASED UPON THE FOREGOING, the Parties respectfully request this Court extend the Clark County Defendants' Motion to Dismiss to August 18, 2026.

IT IS SO STIPULATED AND AGREED BY:

DATED this 4th day of August 2026.

**DICELLO LEVITT, LLP**

/s/ Timothy R. O'Reilly
TIMOTHY R. O'REILLY, ESQ.
Nevada Bar No. 8866
325 South Maryland Pkwy
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

DATED this 4th day of August 2026.

OLSON CANNON & GORMLEY

/s/ Thomas D. Dillard, Jr.
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 6270
STEPHANIE M. ZINNA, ESQ.
Nevada Bar No. 11488
ASHLEY OLSON, ESQ.
Nevada Bar No. 15448
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Attorneys for Defendants
*Clark County, Kevin Schiller, Michael Naft, Marilyn Kirkpatrick, April Becker, William McCurdy II, Richard Segerblom, Justin Jones And James Gibson*

**ORDER**

IT IS SO ORDERED.

DATED this 4 day of August 2026.

UNITED STATES DISTRICT JUDGE

Law Offices of
OLSON CANNON & GORMLEY
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of August, 2026, I sent via e-mail a true and correct copy of the above and foregoing **STIPULATION AND ORDER FOR EXTENDED BRIEFING ON CLARK COUNTY DEFENDANTS' MOTION TO DISMISS** through the CM/ECF system of the United States District Court for the District of Nevada (or if necessary, by electronic mail delivery and by U.S. Mail, first class, postage pre-paid), upon the following:

TIMOTHY R. O'REILLY, ESQ.
Nevada Bar No. 8866
**DICELLO LEVITT LLP**
325 South Maryland Pkwy
Las Vegas, NV 89101
Tel: (702) 382-2500
toreilly@dicellolevitt.com
*Attorneys for Plaintiffs*

KATHERINE F. PARKS, ESQ.
Nevada Bar No. 6227
**THORNDAL ARMSTRONG, PC**
6590 S. McCarran Blvd. Suite B
Reno, NV 89509
Tel: (775) 786-2882
kfp@thorndal.com
*Attorney for Defendants*
*Douglas County, Jenifer Davidson,*
*Mark Gardner and Nathan Tolbert*

*/s/ Nan Langenderfer*
An Employee of Olson Cannon & Gormley

**Nan Langenderfer**

**From:** Tim O'Reilly <toreilly@dicellolevitt.com>
**Sent:** Tuesday, August 4, 2026 10:31 AM
**To:** Audrianna Click; Isela Arauz
**Cc:** Tom Dillard; Stephanie Zinna; Nan Langenderfer; Wanda Rivera
**Subject:** Re: Doe 319304 et al v. Clark County et al. - Reply Deadline

External (toreilly@dicellolevitt.com)

Synergy Solutions IT

Safe Spam Phish More... What is this? Protection by INKY

You have authority to insert my e-signature on the stipulation.

Thanks,

Tim

---

**From:** Audrianna Click <aclick@ocgattorneys.com>
**Sent:** Monday, August 3, 2026 5:11 PM
**To:** Isela Arauz <ia@oreillylawgroup.com>; Tim O'Reilly <toreilly@dicellolevitt.com>
**Cc:** Tom Dillard <tdillard@ocgattorneys.com>; Stephanie Zinna <szinna@ocgattorneys.com>; Nan Langenderfer <nlangenderfer@ocgattorneys.com>; Wanda Rivera <wrivera@ocgattorneys.com>
**Subject:** RE: Doe 319304 et al v. Clark County et al. - Reply Deadline

Thank you.

Please review the attached stipulation and let me know if you have any revisions or if I may affix your e-signature.

**Audrianna Click** | Paralegal
P: (702) 384-4012 | F: (702) 383-0701
aclick@ocgattorneys.com | ocgattorneys.com
9950 W Cheyenne Ave | Las Vegas, NV 89129

OC G OLSON CANNON & GORMLEY

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential or legally privileged information. If you are not the intended recipient, please notify the sender immediately and delete this email.

**From:** Isela Arauz <ia@oreillylawgroup.com>
**Sent:** Monday, August 3, 2026 5:10 PM