AARON D. FORD
Attorney General
SHARON L. BENSON
Chief Deputy Attorney General
NV Bar No. 8964
State of Nevada
Office of the Attorney General
9790 Gateway Drive, Suite 100
Reno, Nevada 89521
Telephone: (775) 687-2132
Facsimile: (775) 688-1822
sbenson@ag.nv.gov

*Attorneys for Defendants Laura Rich, Marla McDade Williams, Bruce Burgess, Candita Strong and Patrick Mendez*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN DOE 319304, an individual, et. al.,<br><br>Plaintiffs,<br><br>vs.<br><br>LAURA RICH, Director of the NEVADA DEPARTMENT OF HEALTH AND HUMAN SERVICES, in her official capacity; MARLA McDADE WILLIAMS, Administrator of the NEVADA DIVISION OF CHILD AND FAMILY SERVICES, in her official capacity; CLARK COUNTY, NEVADA, a political subdivision of the State of Nevada; KEVIN SCHILLER, County Manager for CLARK COUNTY, NEVADA, in his official capacity; MICHAEL NAFT, in his official capacity; MARILYN KIRKPATRICK, in her official capacity; APRIL BECKER, in her official capacity; WILLIAM McCURDY II, in his official capacity; RICHARD SEGERBLOM, in his official capacity; JUSTIN JONES, in his official capacity, JAMES GIBSON, in his official capacity; DOUGLAS COUNTY, NEVADA, a political subdivision of the State of Nevada; JENNIFER DAVIDSON, County Manager for DOUGLAS COUNTY, NEVADA, in her official capacity; MARK GARDNER, in his official capacity; NATHAN TOLBERT, in his official capacity; BRUCE BURGESS, in his official capacity, as Superintendent of Caliente Youth Center; CANDITA STRONG, in her official capacity, as Superintendent of Nevada | Case No. 2:26-cv-01016-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND AND SET DEFENDANTS TIME TO RESPOND TO PLAINTIFFS COMPLAINT (First Request)** |

Youth Training Center; PATRICK MENDEZ, in his official capacity as Superintendent of Summit View Youth Center; Not Yet Fully Identified OFFICER PRICE, an individual; Not Yet Fully Identified OFFICER TIBBITS, an individual; Not Fully Identified OFFICER BERNSTEIN, an individual; Not Yet Fully Identified OFFICER NICHOLSON, an individual; Not Yet Fully Identified OFFICER HOSS, an individual; Not Yet Fully Identified OFFICER NELSON an individual; Not Yet Fully Identified OFFICER TAYLOR an individual; Not Yet Fully Identified OFFICER BEAR an individual; Not Yet Fully Identified OFFICER DONAHUE an individual; Not Yet Fully Identified OFFICER MOORE an individual; Not Yet Fully Identified OFFICER OSBORNE, an individual; Not Yet Fully Identified OFFICER SMITH, an individual; Not Yet Fully Identified OFFICER TERESA, an individual; Not Yet Fully Identified OFFICER JERRY, an individual; Not Yet Fully Identified OFFICER SAWYER, an individual; Not Yet Fully Identified OFFICER MICKEY, an individual; Not Yet Fully Identified OFFICER RILEY, an individual; Not Yet Fully Identified OFFICER SMITH, an individual; Not Yet Fully Identified OFFICER BOMBGONNER, an individual; Not Yet Fully Identified OFFICER JENKINS, an individual; Not Yet Fully Identified OFFICER MCGRORY, an individual; Not Yet Fully Identified OFFICER SCHUABB,an individual; Not Yet Fully Identified OFFICER SCHMITTY, an individual; Not Yet Fully Identified OFFICER LUCHASEE, an individual; Not Yet Fully Identified OFFICER GHOUL, an individual; Not Yet Fully Identified OFFICER MANZ, an individual; Not Yet Fully Identified OFFICER BENTLEY, an individual; Not Yet Fully Identified OFFICER BARNETT, an individual; Not Yet Fully Identified OFFICER BROOKS, an individual; Not Yet Fully Identified OFFICER RIPTOE, an individual; Not Yet Fully Identified OFFICER SINNER, an individual; Not Yet Fully Identified OFFICER HERRING, an individual; Not Yet Fully Identified OFFICER FRANCIS, an individual; Not Yet Fully Identified OFFICER ROBINSON, an individual; Not Yet Fully Identified OFFICER BRADLEY, an individual; Not Yet Fully Identified OFFICER YOUNG, an individual; Not Yet Fully Identified OFFICER BURTON, an individual; Not Yet Fully Identified OFFICER CLARK, an individual; Not Yet Fully Identified OFFICER GOODSON, an individual; Not Yet Fully Identified OFFICER OLSON an individual; Not Yet Fully Identified OFFICER )

LUCASSI an individual; Not Yet Fully Identified OFFICER LAFLAIR an individual; Not Yet Fully Identified SCAMBINO an individual; and DOES 1-500, )

Defendants. )

Defendants Laura Rich, Marla McDade Williams, Bruce Burgess, Candita Strong and Patrick Mendez ("Defendants"), by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Sharon L. Benson, Chief Deputy Attorney General, and Plaintiffs John Doe 319304, *et. al*., ("Plaintiffs"), by and through counsel, Timothy R.O'Reilly, Esq., of Dicello Levitt, LLP, herby submit this stipulation and order extending and setting Defendants deadline to respond to the Complaint for Damages, filed April 1, 2026 (ECF No. 1) for 60 days from August 3, 2026. Responsive pleadings will be due October 2, 2026.

Plaintiffs filed their Complaint for Damages on April 1, 2026 (ECF No. 1). Plaintiffs served a Summons and Complaint on Defendants timely but due to inadvertent administrative oversight failed to serve the Office of Attorney General. Plaintiffs filed a Motion to Extend Time to Serve Defendants (ECF No. 49) on July 17, 2026. Plaintiffs served Defendants on July 27, 2026, before a ruling on the motion to extend time. Defendants are filing a Non-Opposition to the Motion to Extend time concurrently with this Stipulation. This is the first stipulation regarding Defendants time to respond. This stipulation is sought in good faith and not for purposes of delay.

IT IS SO STIPULATED.

DATED this 4th day of August, 2026.

AARON D. FORD
Attorney General

By: /s/ Sharon L. Benson
SHARON L. BENSON
Chief Deputy Solicitor General

DATED this 4th day of August, 2026.

DICELLO LEVITT, LLP

By: /s/ Timothy R. O'Reilly
TIMOTHY R. O'REILLY

**IT IS SO ORDERED.**

Dated this 5th day of August, 2026.

UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on the 4th day of Augst, 2026, I filed the foregoing **STIPULATION AND ORDER TO EXTEND AND SET DEFENDANTS TIME TO RESPOND TO PLAINTIFFS COMPLAINT (First Request)**, by the Court's CM/ECF filing system. Parties will be notified by the Court's notification system.

Timothy R. O'Reilly, Esq.
325 S. Maryland Pkwy.
Las Vegas, NV 89101

Katherine F. Parks, Esq.
Jerry M. Snyder, Esq.
6590 S. McCarran Blvd., Suite B
Reno, NV 89509

Thomas D. Dillard, Jr., Esq.
Stephanie M. Zinna, Esq.
Ashley Olson, Esq.
9950 W. Cheyenne Ave.
Las Vegas, NV 89129

Kahe Stenberg
An Employee of the Office
of the Attorney General