AARON D. FORD
Attorney General
SHARON L. BENSON
Chief Deputy Attorney General
NV Bar No. 8964
State of Nevada
Office of the Attorney General
9790 Gateway Drive, Suite 100
Reno, Nevada 89521
Telephone: (775) 687-2132
Facsimile: (775) 688-1822
sbenson@ag.nv.gov

*Attorneys for Defendants Laura Rich, Marla McDade Williams, Bruce Burgess, Candita Strong and Patrick Mendez*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOHN DOE 319304, an individual, et. al.,

Plaintiffs,

vs.

LAURA RICH, Director of the NEVADA DEPARTMENT OF HEALTH AND HUMAN SERVICES, in her official capacity; MARLA McDADE WILLIAMS, Administrator of the NEVADA DIVISION OF CHILD AND FAMILY SERVICES, in her official capacity; CLARK COUNTY, NEVADA, a political subdivision of the State of Nevada; KEVIN SCHILLER, County Manager for CLARK COUNTY, NEVADA, in his official capacity; MICHAEL NAFT, in his official capacity; MARILYN KIRKPATRICK, in her official capacity; APRIL BECKER, in her official capacity; WILLIAM McCURDY II, in his official capacity; RICHARD SEGERBLOM, in his official capacity; JUSTIN JONES, in his official capacity, JAMES GIBSON, in his official capacity; DOUGLAS COUNTY, NEVADA, a political subdivision of the State of Nevada; JENNIFER DAVIDSON, County Manager for DOUGLAS COUNTY, NEVADA, in her official capacity; MARK GARDNER, in his official capacity; NATHAN TOLBERT, in his official capacity; BRUCE BURGESS, in his official capacity, as Superintendent of Caliente Youth Center; CANDITA STRONG, in her official capacity, as Superintendent of Nevada

Case No. 2:26-cv-01016-GMN-DJA

**STIPULATION AND ORDER TO EXTEND TIME TO FILE DISCOVERY PLAN/SCHEDULING ORDER**
**(First Request)**

Youth Training Center; PATRICK MENDEZ, in his official capacity as Superintendent of Summit View Youth Center; Not Yet Fully Identified OFFICER PRICE, an individual; Not Yet Fully Identified OFFICER TIBBITS, an individual; Not Fully Identified OFFICER BERNSTEIN, an individual; Not Yet Fully Identified OFFICER NICHOLSON, an individual; Not Yet Fully Identified OFFICER HOSS, an individual; Not Yet Fully Identified OFFICER NELSON an individual; Not Yet Fully Identified OFFICER TAYLOR an individual; Not Yet Fully Identified OFFICER BEAR an individual; Not Yet Fully Identified OFFICER DONAHUE an individual; Not Yet Fully Identified OFFICER MOORE an individual; Not Yet Fully Identified OFFICER OSBORNE, an individual; Not Yet Fully Identified OFFICER SMITH, an individual; Not Yet Fully Identified OFFICER TERESA, an individual; Not Yet Fully Identified OFFICER JERRY, an individual; Not Yet Fully Identified OFFICER SAWYER, an individual; Not Yet Fully Identified OFFICER MICKEY, an individual; Not Yet Fully Identified OFFICER RILEY, an individual; Not Yet Fully Identified OFFICER SMITH, an individual; Not Yet Fully Identified OFFICER BOMBGONNER, an individual; Not Yet Fully Identified OFFICER JENKINS, an individual; Not Yet Fully Identified OFFICER MCGRORY, an individual; Not Yet Fully Identified OFFICER SCHUABB,an individual; Not Yet Fully Identified OFFICER SCHMITTY, an individual; Not Yet Fully Identified OFFICER LUCHASEE, an individual; Not Yet Fully Identified OFFICER GHOUL, an individual; Not Yet Fully Identified OFFICER MANZ, an individual; Not Yet Fully Identified OFFICER BENTLEY, an individual; Not Yet Fully Identified OFFICER BARNETT, an individual; Not Yet Fully Identified OFFICER BROOKS, an individual; Not Yet Fully Identified OFFICER RIPTOE, an individual; Not Yet Fully Identified OFFICER SINNER, an individual; Not Yet Fully Identified OFFICER HERRING, an individual; Not Yet Fully Identified OFFICER FRANCIS, an individual; Not Yet Fully Identified OFFICER ROBINSON, an individual; Not Yet Fully Identified OFFICER BRADLEY, an individual; Not Yet Fully Identified OFFICER YOUNG, an individual; Not Yet Fully Identified OFFICER BURTON, an individual; Not Yet Fully Identified OFFICER CLARK, an individual; Not Yet Fully Identified OFFICER GOODSON, an individual; Not Yet Fully Identified OFFICER OLSON an individual; Not Yet Fully Identified OFFICER )

LUCASSI an individual; Not Yet Fully Identified OFFICER LAFLAIR an individual; Not Yet Fully Identified SCAMBINO an individual; and DOES 1-500, )

Defendants. )

Plaintiffs John Doe 319304, et. al., ("Plaintiffs"), by and through their undersigned counsel, Defendants Laura Rich, Marla McDade Williams, Bruce Burgess, Candita Strong and Patrick Mendez ("State Defendants") by and through their undersigned counsel, Defendants Clark County, Kevin Shiller, Micael Naft, Marilyn Kirkpatrick, April Becker, William McCurdy II, Richard Segerblom, Justin Jones and James Gibson (Clark County Defendants") by and through undersigned counsel, and Defendants Douglas County, JENIFER DAVIDSON, MARK GARDNER and NATHAN TOLBERT ("Douglas County Defendants"), by and through their undersigned counsel, hereby stipulate and respectfully request an order extending the time for the Parties to submit a Discovery Plan/Scheduling Order by three weeks. The Discovery Plan/Scheduling Order shall be due by August 28, 2026.

Defendants received a draft proposed Case Management and Scheduling Order from Plaintiff the evening of August 5, 2026, along with a request for a conference to discuss the proposal on August 6, 2026 or August 7, 2026. The Parties met on August 6, 2026. Defendants all agreed that they needed more time to review the draft proposal with their respective clients. Additionally, State Defendants were only recently served with the Complaint (ECF 1), on July 27, 2026, and responsive pleadings are not due until October 2, 2026 (ECF 59). Given the complexity of this case, the Parties agree that they need more time to either agree on a proposed Discovery Plan/Scheduling Order or submit disagreements. This stipulation is sought in good faith and not for purposes of delay.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

BASED UPON THE FOREGOING, the Parties respectfully request this Court extend the Discovery Plan/Scheduling Order to August 28, 2026.

IT IS SO STIPULATED AND AGREED BY:

DATED this 11th day of August, 2026.

AARON D. FORD
Attorney General

By: */s/ Sharon L. Benson*
SHARON L. BENSON
Chief Deputy Attorney General

DATED this 11th day of August, 2026.

DICELLO LEVITT, LLP

By: */s/ Timothy R. O'Reilly*
TIMOTHY R. O'REILLY, ESQ.

DATED this 11th day of August, 2026.

THORNDAL ARMSTRONG, PC

By: */s/ Kathryn F. Parks*
KATHERINE F. PARKS, ESQ.

DATED this 11th day of August, 2026.

OLSON CANNON & GORMLEY

By: */s/ Stephanie M. Zinna*
STEPHANIE M. ZINNA, ESQ.

**IT IS SO ORDERED.**

Dated this 12th day of August, 2026.

UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on the 11th day of August, 2026, I filed the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE DISCOVERY PLAN/SCHEDULING ORDER (First Request)**, by the Court's CM/ECF filing system. Parties will be notified by the Court's notification system.

Timothy R. O'Reilly, Esq.
325 S. Maryland Pkwy.
Las Vegas, NV 89101

Katherine F. Parks, Esq.
Jerry M. Snyder, Esq.
6590 S. McCarran Blvd., Suite B
Reno, NV 89509

Thomas D. Dillard, Jr., Esq.
Stephanie M. Zinna, Esq.
Ashley Olson, Esq.
9950 W. Cheyenne Ave.
Las Vegas, NV 89129

Katie Sternberg
An Employee of the Office
of the Attorney General